UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES MELVIN CAMPBELL, JR.,

    Petitioner,

v.                                                                    Case No: 5:19-cv-592-VMC-PRL

WARDEN, FCC COLEMAN- MEDIUM,

    Respondent.

## ORDER TO SHOW CAUSE

On November 21, 2019, Petitioner Charles Melvin Campbell, Jr., who was then a federal prisoner acting *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) He challenged the results of a prison disciplinary hearing while in the custody of the Federal Bureau of Prisons ("BOP"). (Doc. 1.) According to the BOP's website, Petitioner was released from custody on November 17, 2020.[1] Petitioner has not notified the Court of any change of address since that date. His release appears to have rendered his request for relief moot.

Accordingly, within FOURTEEN (14) DAYS from the date of this Order, Petitioner shall show cause why this case should not be dismissed as moot. Petitioner's failure to timely respond to this Order shall result in the dismissal of this case without further notice.[2]

IT IS SO ORDERED.

DONE AND ORDERED at Ocala, Florida, on January 23, 2023.

Copies to:     Charles Melvin Campbell, Jr., *pro se*
                 Counsel of Record

---

[1] Federal Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited Nov. 18, 2022).

[2] *See also Campbell v. Warden, FCC Coleman – Medium*, Case No. 5:19-cv-583-KKM-PRL (M.D. Fla. Aug. 5, 2022) (dismissing for failure to comply with the Court's Orders).